**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELBY TATE, an individual;<br><br>  Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation; WALMART, INC., a Delaware Corporation; ANGELICA BAEZA, an individual; and DOES 1 through 20, inclusive.<br><br>  Defendants. | 1:23-cv-01743-JLT-SKO<br><br>**ORDER DIRECTING CLERK TO CLOSE THE CASE**<br><br>(Doc. 12) |

On May 22, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 12). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **May 23, 2024**          /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE